## Case No. 1,035.

BARNS et al. v. OMALLY et al.

[4 McLean, 576.] [1]

Circuit Court, D. Michigan. June Term, 1849.

EQUITY PRACTICE—DISMISSAL OF BILL WITH COSTS.

1. A bill filed which the complainant can not sustain will be dismissed, at his costs.

[1] [Reported by Hon. John McLean, Circuit Justice.]

2. No grounds of equity, real or supposed, at the filing of the bill can authorize the court to tax the costs against the defendant.

[In equity. Creditors' bill by Barns & Pharo against C. M. Omally and others. Bill dismissed.]

Barstow & Lockwood, for complainants.
Mr. Abbott, for defendant.

OPINION OF THE COURT. This was a creditors' bill alleging fraud against the defendant, in covering, by assignment, the property of C. M. Omally, against whom a judgment was obtained and execution returned, nulla bona. The answer denies the material allegations of the bill; and the plaintiff declines a further prosecution of the suit, and is willing that the bill shall be dismissed; but he insists that under the circumstances, the bill should be dismissed at the costs of the defendant. That there was reasonable ground for the creditors' bill. The court held that this could not be distinguished from an ordinary bill, where the plaintiff could not sustain it; and that it must be dismissed at plaintiff's costs.

BARNUM, (DIXON v.) See Case No. 3,928.

## Case No. 1,036.

BARNUM v. GOODRICH.

Circuit Court, N. D. Illinois. July 2, 1873.

[Cited in Allis v. Stowell, 16 Fed. 788, and in Birdsell v. Hagerstown Agr. Imp. Manuf'g Co., Case No. 1,437, to the point that, to prevent a multiplicity of suits, the court may require the prosecution of suits between the patentee and the mere user of a patented machine to be suspended, and await the result of a suit pending between the patentee and the principal infringer, from whom the user purchased the machine.]

[In equity. Bill by Isaac W. Barnum against Herman B. Goodrich for infringement of a patent and for an accounting. Upon defendant's application, plaintiff was enjoined from prosecuting suits commenced, and from commencing new suits, against defendant's vendors, for other infringements, pending final disposition of the case at bar.]

[NOTE. Nowhere reported; opinion not now accessible.]

BARNUM, (HOPKINS v.) See Case No. 6,685.

BARNUM, (WILSON v.) See Cases Nos. 17,786 and 17,787.

## BARQUE.

[NOTE. Cases cited under this title will be found arranged in alphabetical order under the names of the barques; e. g. "The Barque Unadilla. See The Unadilla." Cases Nos. 14,332 and 14,333.]